UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 49292
  MICHAEL L GOSA
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

          Debtor
  SSN XXX-XX-3042

------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 10/12/2005 and was confirmed 12/19/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was paid in full 11/07/2007.
------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| M&T MORTGAGE CORP | CURRENT MORTG | .00 | .00 | .00 |
| PIERCE & ASSOCIATES | SECURED | .00 | .00 | .00 |
| ARG INC | UNSECURED | NOT FILED | .00 | .00 |
| M&T MORTGAGE CORP | MORTGAGE ARRE | 17622.95 | .00 | 17622.95 |
| DEBRA J VORHIES LEVINE | DEBTOR ATTY | 2,300.00 | | 2,300.00 |
| TOM VAUGHN | TRUSTEE | | | 1,261.37 |
| DEBTOR REFUND | REFUND | | | 881.21 |

          Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                      RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------
| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 22,065.53 | |
| PRIORITY | | .00 |
| SECURED | | 17,622.95 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | 2,300.00 |
| TRUSTEE COMPENSATION | | 1,261.37 |
| DEBTOR REFUND | | 881.21 |
| | --------------- | --------------- |
| TOTALS | 22,065.53 | 22,065.53 |

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


Dated: 05/27/08                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE